## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**RICHARD WACHOFI and**
**ROSALIE WACHOFI,**

      **Plaintiffs,**

**v.**                             **Case No: 6:26-cv-189-PGB-NWH**

**SECRETARY, DEPARTMENT**
**OF HOMELAND SECURITY and**
**DIRECTOR, U.S. CITIZENSHIP**
**AND IMMIGRATION**
**SERVICES,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiffs' Notice of Voluntary Dismissal, filed July 6, 2026. (Doc. 17 (the "**Notice**")). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants Secretary, Department of Homeland Security, and Director, U.S. Citizenship and Immigration Services, are **DISMISSED WITHOUT PREJUDICE.**[1] The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 8, 2026.

---

[1] Because the Notice does not indicate whether Plaintiffs seek to dismiss their claims with or without prejudice, the dismissal is without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."); (Doc. 17).

2

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2